## PATRICK MYERS v. THE STATE.

Where no notice is taken of the demurrer, it is presumed to be abandoned. There being no statement of facts, no question can arise on the merits.

APPEAL from Henderson. The case was tried before Hon. REUBEN A. REEVES, one of the district judges.

The indictment was for assault and battery.

No brief for the appellant was furnished to the *Reporter*.

*E. B. Turner, Attorney General,* for the state.

GALDWELL, J.—The defendant filed several exceptions to the indictment, which were never called to the attention of the court.    A trial and conviction were had, and judgment entered, from which this appeal was taken.    The failure of the defendant to ask the ruling of the court below on his exceptions is equivalent to a waiver:    (State v. Thompson, 18 Tex., 528; Chambers v. Miller, 9 Tex., 236.)

No question can arise on the merits, because there is no statement of facts.    (Henderson v. Trimble, 8 Tex., 174; Sublett v. Kerr, 12 Tex., 370.)

DISMISSED.